

**Intellectual Property Law**

| | | | |
|---|---|---|---|
| *Partners* | *Founding Partners* | *Associates* | *Of Counsel* |
| Daniel Ebenstein | Morton Amster (*1927 - 2019*) | Benjamin Charkow | Philip H. Gottfried |
| Neil M. Zipkin | Jesse Rothstein (*1934 - 2003*) | Suzue Fujimori | |
| Anthony F. Lo Cicero | | Hajime Sakai, Ph.D. | |
| Kenneth P. George | *Senior Counsel* | David P. Goldberg | |
| Chester Rothstein | Marion P. Metelski | Sandra A. Hudak | |
| Charles R. Macedo | Alan D. Miller, Ph.D. | Tuvia Rotberg | |
| Douglas A. Miro | Marc J. Jason | Dexter Chang | |
| Brian A. Comack | Richard S. Mandaro | Keith J. Barkaus | |
| Max Vern | Matthieu Hausig | Michael R. Jones | |
| Holly Pekowsky | Brian Amos, Ph.D. | Christopher Lisiewski | |
| Benjamin M. Halpern★ | | Albert J. Boardman | ★ Not admitted in New York |
| Mark Berkowitz | | | |
| Charles P. LaPolla | | | |

90 Park Avenue
New York NY 10016

Main   212 336 8000
Fax    212 336 8001
Web    www.arelaw.com

Mark Berkowitz
Direct 212 336 8063
E-mail mberkowitz@arelaw.com

March 18, 2020

<u>*Via ECF*</u>

Clerk, United States District Court
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:  *EMS Imports LLC v. U-Tec Group Inc.*
           <u>Case No. 3:19-cv-21498-FLW-ZNQ</u>

Dear Mr. Walsh:

      We represent the Plaintiff EMS Imports LLC ("Plaintiff") in the above captioned matter.

      On March 5, 2020, Defendant U-Tec Group Inc. ("Defendant") filed a Motion to Dismiss Plaintiff's Complaint in this matter. (*See* ECF No. 11).  That Motion is presently returnable on Monday, April 6, 2020, and therefore Plaintiff's opposition papers would be due on or before March 23, 2020. The originally noticed motion day has not previously been extended or adjourned.

      Please be advised that Plaintiff hereby invokes the automatic extension of time in which to respond to a dispositive motion, as provide for by Local Civil Rule 7.1(d)(5). Consequently, the new return date for Defendant's Motion to Dismiss will be Monday, April 20, 2020, with Plaintiff's opposition papers due on or before Monday, April 6, 2020. *See* L. Civ. R. 7.1(d)(2).

      Thank you for your assistance in this matter. Please do not hesitate to contact the undersigned if you have any questions.

4819-6109-0999v.1

William T. Walsh 2 March 18, 2020

          Respectfully submitted,

          AMSTER, ROTHSTEIN & EBENSTEIN LLP

          *s/ Mark Berkowitz*

          Mark Berkowitz

cc: Hon. Zahid N. Quraishi, U.S.M.J. (by ECF)
    All Counsel of Record (by ECF)

4819-6109-0999v.1