## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

-------------------------------------------------------------------- x

EMS IMPORTS LLC,

               Plaintiff,

   v.

U-TEC GROUP INC.; JOHN DOES 1-10,

               Defendants.

-------------------------------------------------------------------- x

          :
          :
          :

**Civil Action No. 3:19-cv-21498-FLW-ZNQ**

**NOTICE OF VOLUNTARY DISMISSAL**

*Electronically Filed*

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff EMS Imports LLC hereby voluntarily dismisses all claims in this action with prejudice and without costs to any party.

Dated: August 7, 2020

Respectfully submitted,

AMSTER ROTHSTEIN, & EBENSTEIN LLP

*/s/ Mark Berkowitz*
Mark Berkowitz
90 Park Avenue
New York, NY 10016
Tel: (212) 336-8000
Fax: (212) 336-8001
E-mail: mberkowitz@arelaw.com

*Attorneys for Plaintiff*